# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128098

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

GARY LYNN WREGGLESWORTH,
   Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128098
COA: 259785
Roscommon CC: 98-003568-FH

_____/

On order of the Court, the application for leave to appeal the January 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

Kelly, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

s1024

_____
Clerk